# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Attorneys for BAREIKA CORPORATION LIMITED, a Nevada Corporation,,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; THUMBS UP AUTO CARE, LLC and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-07212-R-AFM<br><br>**JUDGMENT** |

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS the Court GRANTED Bareika Corporation Limited's Application for Default Judgment on June 7, 2018 [Document No. 38].

AND WHEREAS the Court ORDERED an award in favor of Bareik Corporation Limited totaling $300,000.00 plus 7% interest per annum beginning on February 7, 2017 until entry of Judgment against Thumb's Up Auto Care, LLC [Document No. 38];

JUDGMENT IS HEREBY ENTERED in favor of Bareika Corporation Limited and against Thumbs Up Auto Care, LLC, in the total amount of $327,844.52, consisting of (1) the principal sum of $300,000.00 and (2) 7% interest per annum (or approximately $57.53 per day) beginning on February 7, 2017 through June 6, 2018 (or 484 days) in the sum of $ 27,844.52.

DATE: August 7, 2018

_____
**THE HONORABLE MANUEL L. REAL,
DISTRICT JUDGE OF THE CENTRAL
DISTRICT OF CALIFORNIA**